IRVING TRUST COMPANY et al., as Trustees, Appellants, *v.* YONA-VARAH REALTY CORPORATION et al., Defendants, and GEORGE A. HARDER, Respondent.

Argued January 13, 1938; decided January 27, 1938.

*William O. Robertson* and *Martin Lippman* for appellants.

*Bernard Sobol* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and HUBBS, JJ.